Argued and submitted August 16, affirmed November 13, 2002, petition for review denied March 4, 2003 (335 Or 255)

RONALD E. VIGIL,
*Appellant,*

*v.*

Robert LAMPERT,
Superintendent,
Snake River Correctional Institution,
*Respondent.*

00-12-761M; A114977

57 P3d 949

Bob Pangburn argued the cause for appellant. With him on the brief was Rebecca Neal-Richardson.

Timothy A. Sylwester, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Edmonds, Presiding Judge, and Armstrong and Kistler, Judges.

PER CURIAM

Affirmed. *Teague v. Palmateer*, 184 Or App 577, 57 P3d 176 (2002).